UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
JUL 23 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.  INDICTMENT NO. 5:21-CR-84-DCR

**HOSEA LEE, JR.**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### Background

1. At all relevant times, the Defendant, **HOSEA LEE, JR.**, was employed as a correctional officer with the Bureau of Prisons (BOP) and served as a drug treatment specialist at the Federal Medical Center in Lexington (FMC Lexington), a BOP Facility in Fayette County, Kentucky, within the Eastern District of Kentucky.

2. At all relevant times, employees of the BOP were responsible for conducting themselves in compliance with federal, state, and local laws, including the United States Constitution.

3. At all relevant times, employees of the BOP were responsible for the safety, health, and well-being of persons detained by, or in the custody of, FMC Lexington.

4. At all relevant times, M.W., K.B., A.H., and T.W., all individuals known to the Grand Jury, were inmates at FMC Lexington.

5. Paragraphs 1 through 5 are incorporated by reference into the following Counts

1 through 15.

## COUNT 1
## 18 U.S.C. § 242
Deprivation of Rights Under Color of Law

Between on or about November 5 and November 25, 2019, in Fayette County, in the Eastern District of Kentucky,

**HOSEA LEE, JR.,**

while acting under color of law, willfully deprived M.W. of the right, secured and protected by the Constitution and laws of the United States, not to be subjected to cruel and unusual punishment, by causing his penis to have contact with M.W.'s mouth without M.W.'s consent. This conduct resulted in bodily injury and included aggravated sexual abuse and attempted aggravated sexual abuse, all in violation of Title 18, United States Code, Section 242.

## COUNT 2
## 18 U.S.C. § 2241(a)
Aggravated Sexual Abuse by Force or Threat

Between on or about November 5 and November 25, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly cause and attempt to cause M.W. to engage in a sexual act, that is, causing his penis to have contact with the mouth of M.W. by using force against M.W., and by placing M.W. in fear that her children would be subjected to death, serious bodily injury, and kidnapping, all in violation of Title 18, United States Code, Section 2241(a).

## COUNT 3
**18 U.S.C. § 2243(b)**
Sexual Abuse of a Ward

Between on or about November 5 and November 25, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly engage in a sexual act, that is, he caused his penis to have contact with the mouth of M.W., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2243(b).

## COUNT 4
**18 U.S.C. § 2243(b)**
Sexual Abuse of a Ward

Between on or about August 19 and August 25, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly engage in a sexual act, that is, he caused his penis to have contact with the vulva of K.B., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2243(b).

## COUNT 5
**18 U.S.C. § 2243(b)**
Sexual Abuse of a Ward

On one or more occasions, between on or about August 26, 2019, and October 31, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly engage in a sexual act, that is, he caused his penis to have contact with the vulva of K.B., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2243(b).

## COUNT 6
**18 U.S.C. § 2243(b)**
Sexual Abuse of a Ward

On one or more occasions, between on or about August 19, 2019, and October 31, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly engage in a sexual act, that is, he caused his penis to have contact with the mouth of K.B., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2243(b).

## COUNT 7
## 18 U.S.C. § 2244(a)(4)
Abusive Sexual Contact

In or around September 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly engage in sexual contact, by rubbing his penis through his clothing on the genitalia of K.B., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2244(a)(4).

## COUNT 8
## 18 U.S.C. § 242
Deprivation of Rights Under Color of Law

On one or more occasions between August and December 2019, in Fayette County, in the Eastern District of Kentucky,

**HOSEA LEE, JR.,**

while acting under color of law, willfully deprived A.H. of the right, secured and protected by the Constitution and laws of the United States, not to be subjected to cruel and unusual punishment, by causing his penis to contact A.H.'s vulva without A.H.'s consent. This conduct included aggravated sexual abuse, all ill in violation of Title 18, United States Code, Section 242.

## COUNT 9
## 18 U.S.C. § 2241(a)
Aggravated Sexual Abuse by Force or Threat

On one or more occasions between August and December 2019, in Fayette

County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly cause and attempt to cause A.H. to engage in a sexual act, that is, causing his penis to have contact with the vulva of A.H. by using force against A.H., and by placing A.H. in fear that members of her family would be subjected to death, serious bodily injury, and kidnapping, all in violation of Title 18, United States Code, Section 2241(a).

## COUNT 10
**18 U.S.C. § 2243(b)**
Sexual Abuse of a Ward

On one or more occasions between August and December 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly engage in a sexual act, that is, he caused his penis to have contact with the vulva of A.H., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2243(b).

## COUNT 11
**18 U.S.C. § 2243(b)**
Sexual Abuse of a Ward

On one or more occasions, between on or about mid-October and mid-November of 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of

FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly engage in a sexual act, that is, he caused his penis to have contact with the mouth of T.W., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2243(b).

## COUNT 12
**18 U.S.C. § 2243(b)**
Sexual Abuse of a Ward

Between on or about November 20, 2019 and December 15, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly engage in a sexual act, that is, he caused his penis to have contact with the mouth of T.W., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2243(b).

## COUNT 13
**18 U.S.C. § 2244(a)(4)**
Abusive Sexual Contact

Between on or about November 15 and November 30, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

did knowingly engage in sexual contact, that is, he slammed his erect penis on the buttocks of T.W., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2244(a)(4)

## COUNT 14
## 18 U.S.C. § 1791(a)(1)

From in or around August 2019, the exact date unknown, and continuing through December 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**HOSEA LEE, JR.,**

in violation of a statute, rule, or order issued under a statute, did knowingly provide a prohibited object, that is: Suboxone, a Schedule III narcotic controlled substance to A.H., an FMC inmate; and alcohol, lighters, and cigarettes, objects that threaten the order, discipline, and security of a prison, and that threaten the life, health, and safety of an individual, to A.H., K.B., and T.W., all of whom were FMC inmates, all in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(1), (b)(5), and (d)(1)(C) and (G).

A TRUE BILL


FOREPERSON

_____
CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

# PENALTIES

**COUNTS 1 & 8:** Imprisonment for up to one year, a fine of not more than $100,000, and supervised release of not more than 1 year.

If bodily injury results or allegations includes a dangerous weapon, a statutory maximum of 10 years in prison, a fine of not more than $250,000, and supervised release of not more than 3 years.

If violation includes aggravated sexual abuse or kidnapping, then any term of years or life imprisonment, a fine of not more than $250,000, and supervised release of not more than 5 years.

**COUNTS 2 & 9:** Maximum of life imprisonment, a fine of not more than $250,000, and supervised release of not more than 5 years.

**COUNTS 3-6 & 10-12:** Imprisonment for not more than 15 years, a fine of not more than $250,000, and supervised release of not more than 3 years.

**COUNTS 7 & 13:** Imprisonment for not more than 2 years, a fine of not more than $250,000, and supervised release of not more than 1 year.

**COUNT 14:** Imprisonment for not more than 20 years, a fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:** Mandatory special assessments of $100 per count.

**PLUS:** Restitution, if applicable