# UNITED STATES OF AMERICA
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
### (at Lexington)

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**

**CASE NO.: 5:21-cr-00084-DCR-MAS**

*ELECTRONICALLY FILED*

## DEFENDANT LEE'S SENTENCING MEMORANDUM

**HOSEA LEE, JR.**                                              **DEFENDANT**

* * * * * * * * * *

## FACTS OF THE CASE

The Defendant, Hosea Lee, has entered a plea charging violations of 18 U.S.C. 2243(bn) Sexual Abuse of a Ward.  He had sexual contact with several persons incarcerated at FMC Lexington while he was employed as a drug counselor there.

## PLEA AGREEMENT

The United States and the Defendant entered into a plea agreement in which he pled guilty to counts 3, 5, 6, 10, and 11 of the Indictment.  These counts do not involve force or threat of force.  The PSR sets the total offense level at 15 with a criminal history of 0.

## HISTORY AND CHARACTERISTICS OF THE DEFENDANT

Hosea Lee is 43 years old.  He possesses a Bachelor's Degree and currently resides in Georgia.  Mr. Lee has no prior criminal convictions or charges.

At the time of the offense conduct he was employed as a drug counselor at FMC Lexington.  Since October, 2021 he has been employed at the Amazon Fulfillment Center in

Moreland, Georgia.  Hosea Lee has served in the United States Marine Corps from 1/4/1999 until 11/3/2003 where he received an honorable discharge.  He enlisted in the United States Army on January 14, 2004 and served until May 13, 2007 when he was honorably discharged. While in the Marines on a six month ship deployment, he suffered a head injury for which he is compensated.  While in the Army he was deployed to Iraq and as a result of several traumatic events he underwent in Iraq as well as the stress in general of being deployed in a combat zone, he has PTSD, Chronic Depression, Anxiety and Insomnia.  He is treated at a Veterans Affairs Medical Facility in Georgia.

Having given due consideration to a defendant's history and characteristics and to the nature and circumstances of the offense, the Court must, subject to the principle of parsimony, identify a sentence that reflects the seriousness of the offense, promotes respect for the law, provides a just punishment for the offense, affords adequate deterrence to criminal conduct, and protects the public from further crimes of the defendant, though "a particular purpose may apply differently, or even not at all, depending on the kind of sentence under consideration."  Tapia v. United States, -- U.S. --, 131 S.Ct. 2382, 2387-88 (2011).  In other words, the Court is tasked with balancing the goals of sentencing in determining a fair and appropriate disposition.  see ABA STANDARDS ON CRIMINAL JUSTICE, sentencing 18-6.1(a), p. 219 ("the sentence imposed should be no more severe than necessary to achieve the societal purposes for which it is authorized.").

## REQUESTED SENTENCE

In light of Mr. Lee's history and characteristics, the totality of circumstances surrounding his offense conduct, and the individualized considerations set forth above, as well as any other reasons that may be deemed appropriate and just, we respectfully request that the court sentence

Mr. Lee to a guideline sentence that is sufficient but not greater than necessary to meet the ends of justice.

Respectfully submitted,

s/ William M. Butler, Jr.
William M. Butler, Jr.
500 West Jefferson Street Ste 1520
Louisville, Kentucky 40202
(502) 582-2020 telephone
(502) 583-8007 facsimile
Email: wmb@kycriminallawyer.com

/s/ Ashley Witte Dawson
ASHLEY WITTE DAWSON
810 Sycamore Street, 5th Floor
Cincinnati, OH 45202
P: (513) 564-0088 F: (513) 263-9089
Email: ashleytheattorney@yahoo.com
Co-Counsel for Defendant

/s/ Adam Boyd Bleile
ADAM BOYD BLEILE
810 Sycamore Street, 5th Floor
Cincinnati, OH 45202
P: (513) 564-0088 F: (513) 263-9089
Email: adamtheattorney@yahoo.com
Co-counsel for Defendant

/s/ Jacqueline Mayer
JACQUELINE MAYER
810 Sycamore Street, 5th Floor
Cincinnati, OH 45202
P: (513) 564-0088 F: (513) 263-9089
Email: jacquetheattorney@yahoo.com
Co-counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2022 I electronically filed the foregoing through the ECF System, which will send a notice of electronic filing to the Honorable Tanesha Fannin, Assistant United States Attorney and to the Honorable Kate Smith, Assistant United States Attorney and to all counsel of record.

s/ William M. Butler, Jr.
William M. Butler, Jr.

/s/ Ashley Witte Dawson
Ashley Witte Dawson

/s/ Adam Boyd Bleile
Adam Boyd Bleile

/s/ Jacqueline Mayer
Jacqueline Mayer