UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 21-084-DCR |
| V. | ) ) | |
| HOSEA LEE, JR., | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States has filed a motion for leave to seal victim impact statements containing private information of victims in this matter. [Record No. 50]  Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The United States' motion [Record No. 50] is **GRANTED**.

2. The Clerk of the Court is **DIRECTED** to file the victim impact statements [Record No. 51] **UNDER SEAL**.

Dated: July 29, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky